FILED ENTERED
LODGED RECEIVED

SEP 1 9 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

JFP/2012R00750         IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF MARYLAND

CRIMINAL NO. RDB 13-0504

UNITED STATES OF AMERICA         :
                                 :   (Conspiracy to Distribute and Possess
        v.                       :   With Intent to Distribute Cocaine and
                                 :   Heroin, 21 U.S.C. § 846; Possession with
EUGENE ARNELL THOMAS,            :   Intent to Distribute Cocaine and Heroin,
a/k/a Boopie, BP, Uncle          :   21 U.S.C. § 841(a); Aiding and Abetting,
                                 :   18 U.S.C. § 2)

...oOo...



## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

From between on or about May 1, 2011 and continuing until on or about April 25, 2012, within the State and District of Maryland and elsewhere,

**EUGENE ARNELL THOMAS,**
**a/k/a Boopie, BP, Uncle,**

the Defendant herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to knowingly, intentionally and unlawfully distribute and possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

Title 21 U.S.C. § 846
Title 21 U.S.C. § 841 (B)(1)(A)

## COUNT TWO

And the Grand Jury for the District of Maryland further charges that:

On or about April 19, 2012, in the State and District of Maryland,

**EUGENE ARNELL THOMAS,
a/k/a Boopie, BP, Uncle,**

the Defendant herein, did knowingly, intentionally and unlawfully distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance and one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)
Title 18 U.S.C. § 2

_____
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

9/19/13
Date